UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

THEODORE E. MUSGROVE,

Petitioner,

v.

BREE DERRICK,

Respondent.

Case No. 1:24-cv-00394-BLW

**ORDER**

Because the Court has already denied Petitioner's motion for certificate of appealability (*see* Dkt. 73), **IT IS ORDERED** that Petitioner's Motion to Review his Motion for Certificate of Appealability (Dkt. 74) is **MOOT**.

DATED: September 4, 2026

B. Lynn Winmill
U.S. District Court Judge